```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23827
   TONYA Y JACKSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3652


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/19/2007 and was confirmed 03/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED           .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE        .00            .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED        1538.59            .00            .00
AMERICAS SERVICING CO     CURRENT MORTG        .00            .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE        .00            .00            .00
CHICAGO DEPT OF REVENUE   SECURED NOT I     101.72            .00         101.72
CITY OF CHICAGO PARKING   UNSECURED         180.00            .00            .00
CODILIS & ASSOCIATES ^    NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC   16292.00            .00        1029.88
WELLS FARGO AUTO FINANCE  UNSECURED        3009.61            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1222.98            .00            .00
FILENOW COM INC           UNSECURED        5216.28            .00            .00
ECAST SETTLEMENT CORP     UNSECURED        9501.66            .00            .00
HSBC                      UNSECURED       NOT FILED           .00            .00
HUNTER WARFIELD           UNSECURED       NOT FILED           .00            .00
IC SYSTEM                 UNSECURED       NOT FILED           .00            .00
THE ALBERT LAW FIRM       NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO               UNSECURED       NOT FILED           .00            .00
AMERICAS SERVICING CO     UNSECURED       NOT FILED           .00            .00
AMERICAS SERVICING CO     NOTICE ONLY     NOT FILED           .00            .00
E L JACKSON               NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO AUTO FINANCE  MORTGAGE ARRE        .00            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY     2,774.00                           .00
TOM VAUGHN                TRUSTEE                                          98.40
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,230.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23827 TONYA Y JACKSON
```

```
PRIORITY                                                               .00
SECURED                                                           1,131.60
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                 98.40
DEBTOR REFUND                                                          .00
                                      ---------------    ---------------
TOTALS                                       1,230.00           1,230.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 10/22/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE